## URBAN *v.* KRAIGG.

PRACTICE.—An application for a new trial on the ground of the misconduct of the jury, must be sustained by an affidavit showing its truth.

APPEAL from the *Hamilton* Common Pleas.

*Per Curiam.*—This was an action by the appellee, who was the plaintiff, against *Urban*, to recover damages for pulling down and removing a fence. The issues were submitted to a jury, who found for the plaintiff. New trial refused and judgment. The causes for a new trial are thus assigned:

1. The verdict is unsustained by the evidence.

2. Misconduct of the jury, in this, to-wit: that one of the jurors, during the whole time of the argument, was engaged in reading a newspaper.

As the evidence is not in the record, the first alleged cause

is not available.  And the second is also unavailing, for the reason that it does not appear to have been supported by an affidavit showing its truth.  2 R. S. (G. & H.) pp. 212, 215, §§ 352, 355.

The judgment is affirmed, with 5 per cent. damages and costs.

*J. N. Evans*, for the appellant.